IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LETICIA CARRASCO,**

       **Plaintiff,**

vs.                                       CIV No. 1:20-00548-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

       **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through December 9, 2020, to file his answer or otherwise respond to Plaintiff's Complaint.

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:
_Electronically submitted 10/07/2020_
JENNIFER RANDALL
Special Assistant United States Attorney

_Electronically approved 10/07/2020_
HELEN LAURA LOPEZ
Attorney for Plaintiff