**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LETICIA CARRASCO,

       Plaintiff,

    vs.                                                                CIV No. 20-00548 KRS

ANDREW SAUL, Commissioner,
Social Security Administration,

       Defendant.

**ORDER SETTING BRIEFING SCHEDULE**

THIS MATTER comes before the Court *sua sponte*, following a review of the record.

IT IS HEREBY ORDERED that:

On or before **April 26, 2021**, Plaintiff shall file and serve a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before **June 25, 2021**, Defendant shall file and serve a Response; and

On or before **July 9, 2021**, Plaintiff may file and serve a Reply.

IT IS FURTHER ORDERED that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

IT IS FURTHER ORDERED that all requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE