IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LETICIA CARRASCO,

       Plaintiff,

v.                                                                 No. CV 20-548 MV/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 32), filed August 9, 2021. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Motion to Remand or Reverse Agency Decision*, (Doc. 26), be denied. (Doc. 32 at 23). The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* at 23. No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Remand or Reverse Agency Decision*, (Doc. 26), is **DENIED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.